LAURA E. DUFFY
United States Attorney
ANNE KRISTINA PERRY
Assistant U.S. Attorney
California State Bar No. 107440
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619) 557-5767

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 11CR7014 LAB |
| Plaintiff, ) | Date: January 17, 2012 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | APPLICATION FOR ORDER SHORTENING |
| ROBERT JONES, ) | TIME |
| Defendant. ) | |

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Anne Kristina Perry, Assistant United States Attorney, and hereby moves this court for an order shortening time in which to file the United States' Response to the defendant's request for early termination of his supervised release.  The United States was awaiting a response from the Probation Department as to their position on the request, and received the information this morning.

   DATED: January 11, 2012

                              Respectfully submitted,

                              LAURA E. DUFFY
                              United States Attorney

                              /s/ *Anne Perry*
                              ANNE KRISTINA PERRY
                              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br> ROBERT JONES,               )<br>                             )<br>            Defendant.       ) | Case No. 10cr3565 DMS<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Anne Kristina Perry, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. On January 12, 2012, I caused service of the United States' Application for Order Shortening Time upon CANDIS MITCHELL, FEDERAL DEFENDERS OF SAN DIEGO, INC., by filing the foregoing with the District Court, Southern District of California, through its ECF system which electronically notifies her.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 11, 2012

                          s/ *Anne Perry*
                          Anne Kristina Perry
                          Assistant U.S. Attorney
                          Anne.Perry2@usdoj.gov

2